# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE LEVY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** | **NO. 16-542-JWD-EWD** |

## LIMITED SCHEDULING ORDER

**The deadlines established below are based on the parties' submissions and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **January 31, 2017.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): Completed

    b. Expert reports must be submitted to opposing parties as follows:

    **Plaintiff(s):** December 21, 2016

    **Defendant(s):** January 27, 2017

    d. Discovery from experts must be completed by **February 28, 2017.**

3. Motion for Class Certification: **March 24, 2017.**

4. Opposition to Motion for Class Certification: **April 21, 2017.**

5. Reply to Opposition to Motion for Class Certification: **May 12, 2017**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines

will not be granted automatically.  All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.  Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures.  The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

Signed in Baton Rouge, Louisiana, on November 8, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**