## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE LEVY, ET AL.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.,**<br><br>**Defendants.** | **Case No. 3:16-cv-00542-JWD-EWD**<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION AND AGREEMENT** |

Lawrence Levy, Cedric Hammond, and Bradley Casto ("Plaintiffs") and the Louisiana Department of Public Safety and Corrections ("LDPSC") and James LeBlanc (collectively, "Defendants" and with the Plaintiffs, the "Parties"), hereby jointly move this Court for entry of their Stipulation and Agreement (Exhibit A) into the record.  In support of their Motion, the Parties state as follows:

1.      On August 16, 2016, Plaintiffs filed their Complaint in this Action.  (Dkt. 1.)

2.      On January 24, 2017, Magistrate Judge Wilder-Doomes issued an Amended Limited Scheduling Order, which, among other things, set July 24, 2017 as the deadline for Plaintiffs' Motion for Class Certification.  (Dkt. 32.).

3.      In order to avoid the expenditure of considerable time and resources litigating whether this Action should be certified as a class action while ensuring any subsequent relief obtained by Plaintiffs shall extend to all other present and future probationers and parolees who are deaf or have hearing impairments and who are or will be within the control and supervision of the LDPSC and who allege they have been denied, are being denied, or will be denied the assistance they need to effectively communicate and participate in, and obtain the benefits of,

LDPSC services, programs and activities ("Affected Individuals"), the Parties have worked together to enter into the attached Stipulation and Agreement, which obviates the need for Plaintiffs to file a motion for class certification.

4.      The Parties are satisfied that the terms and conditions of the Stipulation and Agreement are fair, reasonable, and adequate and that it is in the best interests of Plaintiffs, Defendants, and Affected Individuals.

5.      This motion is made in the interest of justice, will not cause any undue delay in the proceedings,[1] and will not prejudice either party.

WHEREFORE, the Parties respectfully request that this Court enter the attached Stipulation and Agreement into the record.

Respectfully Submitted,


/s/ Madeline C. Rea                                    /s/ Patricia Wilton

**PROSKAUER ROSE LLP**                    **LOUISIANA, OFFICE OF THE A.G.**
Madeline C. Rea                                        Patricia Wilton
Proskauer Rose LLP                                   1885 N. Third Street
650 Poydras Street, Suite 1800                   Baton Rouge, LA 70802
New Orleans, LA 70130                            (225) 326-6000
(504) 310-4088                                         wiltonp@ag.louisiana.gov
mrea@proskauer.com

Russell L. Hirschhorn (admitted *pro hac vice*)    Susan Wall Griffin
Proskauer Rose LLP                                   Department of Public Safety &
Eleven Times Square                                  Corrections
New York, NY 10036                                P.O. Box 94304
(212) 969-3286                                        Baton Rouge, LA 70804
rhirschhorn@proskauer.com                       (225) 342-6743

---

[1] The Parties anticipate sending a joint, proposed expert discovery and summary judgment briefing schedule to Magistrate Judge Wilder-Doomes shortly.

2

Susan Meyers
Advocacy Center
8325 Oak Street
New Orleans, LA 70118
(504) 522-2337 ext. 138
smeyers@advocacyla.org

Laura Lee Thornton
Advocacy Center
8325 Oak St.
New Orleans, LA 70118
(504) 522-2337
lthornton@advocacyla.org

Elliot Mincberg (*pro hac vice* to be filed)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036
(202) 319-1000
elliot_mincberg@washlaw.org

***Attorneys for Plaintiffs***

sgriffin@corrections.state.la.us

***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2017, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Madeline C. Rea*
Madeline C. Rea