# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE LEVY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** | **NO. 16-542-JWD-EWD** |

## AMENDED LIMITED SCHEDULING ORDER

The deadlines established below are based on the parties' submissions and are final **deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is EXPIRED.

2. Discovery through motion practice must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): Completed

    b. Opening Expert reports must be submitted to opposing parties as follows:

    **Plaintiff(s):** September 22, 2017

    **Defendant(s):** October 13, 2017

    c. Expert Depositions: **November 13, 2017**

    d. Rebuttal Expert Reports: **December 4, 2017**

3. Opening Summary Judgment Motions by all parties: **January 26, 2018**

4. Briefs in Opposition to Summary Judgment by all parties: **February 26, 2018**

5. Reply Briefs in Support of Summary Judgment by all Parties: **March 26, 2018**

6. Status Report: **Parties shall file joint status report in form of R. Doc. 5 pp. 3-10 no later than 10 days after a ruling is issued on Summary Judgement Motion(s).**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

Signed in Baton Rouge, Louisiana, on August 18, 2017.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**