**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LAWRENCE LEVY, ET AL.**  **Plaintiffs,**  v.  **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.,**  **Defendants.** | **Case No. 3:16-cv-00542-JWD-EWD**  **MOTION TO AMEND THE AMENDED LIMITED SCHEDULING ORDER** |

Plaintiffs Lawrence Levy, Cedric Hammond, and Bradley Casto ("Plaintiffs"), by and through their undersigned counsel, respectfully move this Court to extend the deadlines in the Amended Limited Scheduling Order (Dkt. 42) (the "Order") by two weeks. In support of their Motion, Plaintiffs state as follows:

1. Under the Order, Plaintiffs' expert report is due September 22, 2017.

2. Plaintiffs' expert has been unable to complete his expert report due to circumstances out of his control or that of Plaintiffs' Counsel.

3. After trying to reach Plaintiff, Cedric Hammond, for several weeks, on August 11, 2017, Plaintiffs' Counsel learned that Mr. Hammond was arrested and incarcerated and, to counsel's knowledge, remains incarcerated. Despite counsel's efforts, neither counsel nor the Plaintiffs' expert has been able to communicate with Mr. Hammond.

4. Defendants are currently trying to help Plaintiffs' counsel and their expert communicate with Mr. Hammond.

5. In light of the foregoing, and as a result of Plaintiffs' expert's inability to complete his report by September 22, 2017, Plaintiffs request a two-week extension through and including October 6, 2017 to serve their expert report. If the Court grants Plaintiffs' Motion, all other dates in the Order should be extended by two weeks. We have contacted Defendants' counsel and Defendants do not object to the requested extension of the schedule.

WHEREFORE, Plaintiffs respectfully request that this Court enter the attached Proposed Order.

Dated: September 20, 2017

    Respectfully Submitted,

    PROSKAUER ROSE LLP

    */s/ Madeline C. Rea*

    Madeline C. Rea
    Proskauer Rose LLP
    650 Poydras Street, Suite 1800
    New Orleans, LA 70130
    (504) 310-2037
    mrea@proskauer.com

    Russell L. Hirschhorn (admitted *pro hac vice*)
    Proskauer Rose LLP
    Eleven Times Square
    New York, NY 10036
    (212) 969-3286
    rhirschhorn@proskauer.com

    Susan Meyers
    Laura Lee Thornton
    Advocacy Center

8325 Oak Street
New Orleans, LA 70118
(504) 522-2337 ext. 138
smeyers@advocacyla.org
lthornton@advocacyla.org

Elliot Mincberg (*pro hac vice* to be filed)
Washington Lawyers' Committee For Civil Rights
And Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036
(202) 319-1000
elliot_mincberg@washlaw.org