UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAWRENCE LEVY, ET AL.                       CIVIL ACTION

VERSUS

                                         NO. 16-542-JWD-EWD

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS

AMENDED LIMITED SCHEDULING ORDER

**IT IS HEREBY ORDERED** that the Motion to Amend the Amended Limited Scheduling Order[1] is **GRANTED** for good cause and the Amended Limited Scheduling Order previously issued is further amended as follows:[2]

1.  The deadline to join other parties or to amend the pleadings is EXPIRED.

2.  Discovery must be completed as follows:

     a.  Exchanging initial disclosures required by F.R.C.P. 26(a)(1): Completed

     b.  Opening Expert reports must be submitted to opposing parties as follows:

         **Plaintiff(s):**            **October 6, 2017**

         **Defendant(s):**          **October 27, 2017**

     c.  Last Day for Expert Depositions:     **November 29, 2017**

     d.  Rebuttal Expert Reports: **December 18, 2017**

3.  Opening Summary Judgment Motions by all parties: **February 9, 2018**

4.  Briefs in Opposition to Summary Judgement by all parties: **March 12, 2018**

---

[1] R. Doc. 43.
[2] Prior deadlines are restated here for ease of reference unless expired.  All new deadlines are indicated in bold type.

5.      Reply Briefs in Support of Summary Judgement by all Parties:  **April 9, 2018**

6.      Status Report:  **Parties shall file joint status report in the form of R. Doc. 5 pp. 3-10 no later than 10 days after ruling on Summary Judgement Motion(s).**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.  Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically.  All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.  Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures.  The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

Signed in Baton Rouge, Louisiana, on September 21, 2017.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**