IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE LEVY, ET AL.<br><br>**Plaintiffs,**<br><br>v.<br><br>LOUISIANA DEPARTMENT OF<br>PUBLIC SAFETY AND CORRECTIONS,<br>ET AL.,<br><br>**Defendants.** | CASE NO. 3:16-CV-00542-JWD-EWD |

**JOINT MOTION FOR ENTRY OF STIPULATION TO
ADJOURN SCHEDULING DEADLINES TO ENGAGE IN MEDIATION**

Plaintiffs, Lawrence Levy, Cedric Hammond, and Bradley Casto ("Plaintiffs"), together with Defendants, the Louisiana Department of Public Safety and Corrections and James LeBlanc ("Defendants"), hereby jointly move this Court for the entry of a Stipulated Order to adjourn the deadlines for briefing motions for summary judgment as set forth in the Amended Scheduling Order (Dkt. 48). In support of their Motion, the Parties state as follows:

1. On August 16, 2016, Plaintiffs filed their complaint. (Dkt. 1.)

2. On October 25, 2016, this Court entered a Limited Scheduling Order setting forth deadlines for fact and expert discovery. (Dkt. 18.) That Limited Scheduling Order has been periodically amended (Dkt. 19, 20, 25, 32, 42, 44, 46), most recently on December 15, 2017. (Dkt. 48.)

3. All fact and expert discovery in this action has been completed.

4. The Limited Scheduling Order currently in effect (Dkt. 48) established the following briefing schedule for the motions for summary judgment:

        Opening Briefs:        February 9, 2018

    Opposition Briefs:   March 12, 2018

    Reply Briefs:   April 9, 2018

  5.  The Parties met and conferred and have agreed to try to mediate a resolution of this action. The Parties believe that it would be a better use of time and resources to divert their attention towards mediation rather than briefing motions for summary judgment. Accordingly, the Parties agree, subject to the Court's approval, to the following schedule:

  6.  The Parties will promptly focus their attention on trying to mediate a resolution of this action with goal of signing a term sheet no later than March 15, 2018.

  7.  If the Parties fail to sign a Term Sheet by March 15, 2018, summary judgment will be briefed according to following schedule:

    Opening Briefs:   April 4, 2018

    Opposition Briefs:   May 9, 2018

    Reply Briefs:   May 30, 2018

WHEREFORE, the Parties respectfully request that this Court enter the attached Proposed Order.

Dated: January 10, 2018

Respectfully Submitted,

| **PROSKAUER ROSE LLP** | **LOUISIANA, OFFICE OF THE A.G.** |
|---|---|
| By: /s/ Russell L. Hirschhorn | By: /s/ Patricia Wilton |
| Russell L. Hirschhorn (admitted *PHV*) | Patricia Wilton |
| Proskauer Rose LLP | 1885 N. Third Street |
| Eleven Times Square | Baton Rouge, LA 70802 |
| New York, NY 10036 | (225) 326-6000 |
| (212) 969-3286 | wiltonp@ag.louisiana.gov |
| rhirschhorn@proskauer.com | |
| | Susan Wall Griffin |
| Susan Meyers | Department of Public Safety & |
| Laura Lee Thornton | Corrections |
| Advocacy Center | P.O. Box 94304 |
| 8325 Oak Street | Baton Rouge, LA 70804 |
| New Orleans, LA 70118 | (225) 342-6743 |
| (504) 522-2337 ext. 138 | sgriffin@corrections.state.la.us |
| smeyers@advocacyla.org | |
| lthornton@advocacyla.org | ***Attorneys for Defendants*** |
| | |
| ***Attorneys for Plaintiffs*** | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

__/s/ Russell L. Hirschhorn_____