IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE LEVY, CEDRIC HAMMOND, and BRADLEY CASTO,<br><br>   Plaintiffs,<br><br>  v.<br><br>LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, and JAMES LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>   Defendants. | Case No. 3:16-cv-00542-JWD-EWD |

**DECLARATION OF RUSSELL T. GORKIN IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

  I, Russell T. Gorkin, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1. I am an associate at the law firm of Proskauer Rose LLP, counsel of record for Plaintiffs in the above-captioned matter. I make this Declaration on personal knowledge and submit it in support of Plaintiffs' Motion for Summary Judgment.

  2. Attached hereto as **Exhibit A** is a true and correct copy of cited portions of the transcript of the deposition of Bobby Lee, Jr., the Deputy Director of the LDPSC Division of Probation and Parole who testified on behalf of the LDPSC pursuant to Fed. R. Civ. P. 30(b)(6).

  3. Attached hereto as **Exhibit B** is a true and correct copy of cited portions of the transcript of the deposition of Curtis Fremin, Jr.

  4. Attached hereto as **Exhibit C** is a true and correct copy of cited portions of the transcript of the deposition of Sarah Bordelon.

5. Attached hereto as **Exhibit D** is a true and correct copy of cited portions of the transcript of the deposition of Darryl Anderson.

6. Attached hereto as **Exhibit E** is a true and correct copy of cited portions of the transcript of the deposition of Corey Bennett.

7. Attached hereto as **Exhibit F** is a true and correct copy of cited portions of the transcript of the deposition of Dr. Daniel Burch taken on April 5, 2017.

8. Attached hereto as **Exhibit G** is a true and correct copy of a PDF of Frequently Asked Questions, available on the Louisiana Department of Public Safety and Corrections ("LDPSC") website at http://doc.louisiana.gov/frequently-asked-questions/ (last visited Apr. 3, 2018).

9. Attached hereto as **Exhibit H** is a true and correct copy of Financing Form BA-22, as it was produced by Defendants in this action.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Department of Justice Resolution Agreement between the DOJ and the LDPSC, as it was produced by Defendants in this action.

11. Attached hereto as **Exhibit J** is a true and correct copy of Dr. Dennis Cokely's Expert Report.

12. Attached hereto as **Exhibit K** is a true and correct copy of LDPSC Department Regulation No. B-08-018, as it was produced by Defendants in this action.

13. Attached hereto as **Exhibit L** is a true and correct copy of LDPSC Policy No. SUP610, as it was produced by Defendants in this action.

14. Attached hereto as **Exhibit M** is a true and correct copy of LDPSC Department Regulation No. B-07-001, as it was produced by Defendants in this action.

15. Attached hereto as **Exhibit N** is a true and correct copy of LDPSC Form A-02-017-A, as it was produced by Defendants in this action.

16. Attached hereto as **Exhibit O** is a true and correct copy of the Registry of Interpreters for the Deaf Code of Professional Conduct, available at https://www.rid.org/ethics/code-of-professional-conduct/ (last visited Apr. 3, 2018).

17. Attached hereto as **Exhibit P** is a true and correct copy of a letter from the DOJ to the LDPSC stating that the DOJ had closed its monitoring of the DOJ Resolution Agreement, as it was produced by Defendants in this action.

18. Attached hereto as **Exhibit Q** is a true and correct copy of handwritten notes between Sarah Bordelon and Cedric Hammond (Plaintiffs' Deposition Exhibit No. 68), as it was produced by Defendants in this action.

19. Attached hereto as **Exhibit R** is a true and correct copy of LDPSC inmates' Educational Interpreter Performance Assessment test results (Plaintiffs' Deposition Exhibit Nos. 62–64), as they were produced by Defendants in this action.

20. Attached hereto as **Exhibit S** is a true and correct copy of Corey Bennet's Office Visit Narrative Report based on interactions with Bradley Casto (Plaintiffs' Deposition Exhibit No. 84), as it was produced by Defendants in this action.

21. Attached hereto as **Exhibit T** is a true and correct copy of Sarah Bordelon's October 2, 2014 Office Visit Narrative Report based on interactions with Lawrence Levy, (Plaintiffs' Deposition Exhibit No. 82), as it was produced by Defendants in this action.

22. Attached hereto as **Exhibit U** is a true and correct copy of Sarah Bordelon's October 15, 2014 Office Visit Narrative Report based on interactions with Cedric Hammond (Plaintiffs' Deposition Exhibit No. 80), as it was produced by Defendants in this action.

23. Attached hereto as **Exhibit V** is a true and correct copy of the Notification of Administrative Sanctions that Cedric Hammond executed on October 15, 2014 (Plaintiffs' Deposition Exhibit No. 72), as it was produced by Defendants in this action.

24. Attached hereto as **Exhibit W** is a true and correct copy of an LDPSC ASL Election Form (Plaintiffs' Deposition Exhibit No. 29), as it was produced by Defendants in this action.

25. Attached hereto as **Exhibit X** is a true and correct copy of an LDPSC ASL Election Form (Plaintiffs' Deposition Exhibit No. 83), as it was produced by Defendants in this action.

26. Attached hereto as **Exhibit Y** is a true and correct copy of cited portions of the transcript of the deposition of Dr. Daniel Burch taken on January 4, 2018.

Date: April 4, 2018

                                                  ____/s/ Russell T. Gorkin_____
                                                      Russell T. Gorkin

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2018, the foregoing Declaration of Russell T. Gorkin in Support of Plaintiffs' Motion for Summary Judgment was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ Russell T. Gorkin