# Exhibit D

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF LOUISIANA
 3   LAWRENCE LEVY, CEDRIC             *
     HAMMOND, BRADLEY CASTO,           *
 4   individually and on behalf        *
     of all others similarly           *
 5   situated.                         *
                                       *
 6             Plaintiffs,             *
                                       *  NO:  16-cv-542-JWD-EWD
 7                                     *
     VERSUS                            *
 8                                     *
                                       *
 9   LOUISIANA DEPARTMENT OF           *
     PUBLIC SAFETY AND                 *
10   CORRECTIONS, JAMES LEBLANC,       *
     SECRETARY OF THE LOUISIANA        *
11   DEPARTMENT OF PUBLIC              *
     SAFETY AND CORRECTIONS            *
12                                     *
               Defendants.             *
13   ****************************************************
14            TRANSCRIPT OF THE DEPOSITION OF:
15                    DARRYL ANDERSON,
16   TAKEN ON BEHALF OF PLAINTIFFS, REPORTED IN THE ABOVE
17   ENTITLED AND NUMBERED CAUSE BY LAURA QUINETTE,
18   CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.
19   ****************************************************
20              REPORTED AT THE OFFICES OF:
21               BAKER, DONELSON, BEARMAN,
22                  CALDWELL & BERKOWITZ
23                  450 LAUREL STREET
24             BATON ROUGE, LOUISIANA  70801
25   Job No: 121515   12:39 P.M.  APRIL 7, 2017
```

1                    APPEARANCES

3    FOR THE PLAINTIFFS:

4        PROSKAUER ROSE

5        (BY:  MADELINE REA, ESQ.)

6        650 POYDRAS STREET

7        NEW ORLEANS, LOUISIANA  70130

8                - AND -

9        ADVOCACY CENTER

10       (BY:  SUSAN MEYERS, ESQ.)

11       3825 OAK STREET

12       NEW ORLEANS, LOUISIANA  70118

13

14   FOR THE DEFENDANTS:

15       LOUSIANA DEPARTMENT OF JUSTICE

16       (BY:  PATRICIA WILTON, ESQ.)

17       1885 NORTH 3RD STREET

18       BATON ROUGE, LOUISIANA  70802

19

20

21

22

23

24

25

1    A.   I'm trying to think.  I have my POST
2  certification.  That's about the only thing I can
3  think of.
4    Q.   Peace officer?
5    A.   Peace officer standard training.
6    Q.   So how long have you worked at the
7  Department?  I should say, the defendant is the
8  Louisiana Department of Public Safety and
9  Corrections, so if I say the Department or the DOC
10  or the Department of Corrections, you know I'm
11  referring to the same thing.
12    A.   December of 1996.
13    Q.   Can you go through the different job titles
14  you've had since you've been there and the
15  approximate dates?
16    A.   Yeah.  From December of '96 I worked as a
17  correction officer at Dixon Correctional Center in
18  Jackson, Louisiana for about a year and a half.
19  Then, I worked as a classification officer at the
20  same location for another year, year and a half,
21  maybe.  I've been at Probation and Parole in
22  Baton Rouge since May of '99 and I've been the
23  supervisor since December of '08.
24    Q.   What is a classification officer?
25    A.   Basically, it's like a probation officer

1  inside the institution. You decide where each
2  offender works at, lives at, job assignments, and
3  help decide who goes to work release and programs
4  like that. You also administer to the disciplinary
5  board of the prison.
6      Q.  So your current role is probation and
7  parole officer supervisor? Is that --
8      A.  Probation and parole supervisor.
9      Q.  Okay.
10     A.  My primary duty is being a supervisor over
11 the sex offender unit, specifically.
12     Q.  So can you describe your duties and
13 responsibilities as a parole and probation
14 supervisor?
15     A.  I supervise six officers -- six
16 specialists: Four specialize and supervise sex
17 offenders; one supervises mental health caseloads
18 and sex offenders with mental health issues; and one
19 supervises violent offenders. My job is to make
20 sure that they see the offenders when they're
21 supposed to, make sure the offenders comply with
22 their probation and parole standards and take
23 disciplinary action if needed and do a lot of
24 referrals.
25     Q.  Do you report to anyone?

1  say that.  They're not POST certified, so ordinarily
2  we wouldn't take anyone to a residence with us
3  that's not authorized to carry a weapon to protect
4  themselves, haven't been trained to protect
5  themselves.
6      Q.   And do you know if Cedric has ever
7  complained about the lack of an interpreter at
8  office visits?
9      A.   Only recently when they were told to --
10 when they were asked to sign that form waiving their
11 rights to have an interpreter at their visits.
12     Q.   How were you made aware of the complaint?
13     A.   The first time he came -- well, it was
14 during sex offender treatment.  I saw him during sex
15 offender treatment and I asked them had they signed
16 their forms and they both implied -- he and Lawrence
17 both implied they were told not to sign them by the
18 attorney and that was it.
19     Q.   So other than Mr. Levy and Mr. Hammond
20 telling you that at sex offender treatment class,
21 you weren't made aware of any sort of written
22 complaint or --
23     A.   Not a formal complaint.
24     Q.   -- a verbal complaint about lack of an
25 interpreter?

1  complained about the quality of the interpreter when
2  you have had an inmate interpreter?
3       A.  I can't recall.  I can recall them saying
4  they preferred the live interpreter.  Not saying
5  that the other person wasn't adequate or wasn't
6  doing their job, they just liked having the guy in
7  the class better.
8       Q.  In the office?
9       A.  Yes, in the office.
10      Q.  And so for the sex offender classes for --
11 actually, let me back up.  For field visits for
12 Lawrence Levy, how many of those have you attended?
13      A.  I would say at least ten, around ten.
14      Q.  And has there ever been an interpreter at
15 those?
16      A.  No.
17      Q.  Has he ever complained about the lack of an
18 interpreter at those visits when you were there?
19      A.  No, ma'am.
20      Q.  And the sex offender treatment classes for
21 Lawrence Levy, about how many of those have you
22 attended?  Is it the same as for Cedric Hammond?
23      A.  It's about the same as Cedric.  They're
24 usually both there at the same time.
25      Q.  Were you ever there when there was a live

1  interpreters that presented at the sex offender
2  classes?
3       A.  No.
4       Q.  Did they ever complain to you about the
5  quality of the equipment for the video interpreting
6  at the sex offender classes?
7       A.  Lawrence complained because he wanted a
8  bigger screen, I think.  That was about it.
9       Q.  And I wanted to state for the record when
10 you say "Angola," you're referring to Louisiana
11 State Penitentiary?
12      A.  Yes, ma'am.
13      Q.  So has Sarah Bordelon ever asked you
14 whether a probationer or parolee could have an
15 interpreter at an office visit?
16      A.  Yes.
17      Q.  Was that a verbal request or in writing?
18      A.  If I recall, verbal.
19      Q.  What was your response?
20      A.  We'll have to contact Louisiana State
21 Penitentiary and have them get the MAs on the camera
22 there for them.
23      Q.  And who do you contact at the Louisiana
24 State Penitentiary when you need an interpreter?
25      A.  Assistant Warden Johnny London.  That's who

1      Q.  Gerri, okay.
2             MS. REA:  And, Patricia, I know we
3         talked about this yesterday, but the full,
4         like case narratives, if y'all can take a
5         look for those and Mr. Anderson's notes on
6         Cedric Hammond and Lawrence Levy that would
7         relate to his case narratives where his
8         notes were made in a separate document.
9             That's all the questions I have for
10        you.  Thank you.
11            THE WITNESS:  Thank you.  It was
12        interesting.
13   (Discussion held off the record.)
14            MS. REA:  We have to actually go back
15        on the record for a few minutes.
16            (Exhibit Number 83 is marked.)
17   BY MS. REA:
18      Q.  Can you take a look at this and see if you
19   recognize it?
20      A.  Yes, I do.  It's the election form for use
21   of an ASL interpreter during field visits.
22      Q.  Have you -- you said you've seen it before?
23      A.  Yes, ma'am.  I believe earlier in this
24   year, or at the end of last year maybe, we were
25   asked to have the offenders review this form and

1  decide whether they wanted to waive their rights to
2  an interpreter on field visits.
3      Q.  When is the first time you remember seeing
4  this form?
5      A.  I'm not sure.  I believe it was earlier
6  this year, probably in January or the end of last
7  year, the very end of last year maybe.
8      Q.  And it's just for deaf or hearing impaired
9  probationers and parolees?
10     A.  Correct, specifically for Lawrence Levy and
11 Cedric Hammond.
12     Q.  And do you know if this form was given to
13 them?
14     A.  It was.
15     Q.  By whom?
16     A.  I was told to have Sarah Bordelon meet with
17 both offenders.  She met with them and asked them if
18 they wanted to sign it and they both refused.  They
19 said on the advice of their counsel not to sign it.
20 And then they were given an office date that they'd
21 come back in the office a few days later, I believe.
22     Q.  And who told you to have this signed by
23 Cedric Hammond and Lawrence Levy?
24     A.  Pete Freeman and Jamie -- I can't remember
25 Jamie's last name.

Page 52

1                MS. WILTON:  Lee.
2    BY MS. REA:
3         Q.  Also known as Bobby Lee?
4         A.  Correct.
5         Q.  So have you ever seen any other similar
6    forms to this in the past?
7         A.  May I see it again?
8         Q.  Yes.
9         A.  This is the only one I can remember, the
10   only version I remember seeing.
11                MS. REA:  All right.  We're done.
12
13           (DEPOSITION IS CONCLUDED AT 1:49 P.M.)