# Exhibit S

# NARRATIVE REPORT
created 03/09/2017

NAME............Casto, Bradley
DOC# ............ 631123
AGENT............Corey Bennett

---

3/7/2017 - Office Visit - COREY BENNETT 03/07/2017
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Subject still working at Excel. Discussed $$. Told subject to send in payment ASAP. No problems or changes reported.

====================================================
3/1/2017 - Personal Contact - COREY BENNETT 03/07/2017
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject still working for Excel. Discussed $$ and treatment. Wife says account is showing him behind, but states he shouldn't be. Told her to call the office. No problems or changes reported. Residence check, nothing unusual noticed.

====================================================
2/24/2017 - - COREY BENNETT 03/02/2017 Sex
Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

====================================================
2/8/2017 - Personal Contact - COREY BENNETT 02114/2017
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

====================================================
2/7/2017 - Office Visit - COREY BENNETT 02/07/2017
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Subject still working at Excel and working on 4 wheelers. Discussed $$. Told subject to send in payment ASAP. No problems or changes reported.

---

2/6/2017 - No Contact Field - COREY BENNETT 02/07/2017
Residence -

AC residence, no one home.

---

2/3/2017 - No Contact Field - COREY BENNETT 02/07/2017
Residence -

AC residence, no one home.

---



1/31/2017 - Case Review by Supervisor - BRADLEY NOLAN 01/31/2017

==================================================
1/31/2017 - Personal Contact - COREY BENNETT 02/02/2017
Residence -

PC with subject at residence. Gave him MM letter and discussed with him and his wife. No problems or changes reported.

==================================================
1/31/2017 - - COREY BENNETT 02/07/2017
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

==================================================
1/9/2017 - Office Visit - COREY BENNETT 01/12/2017
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Subject still working for Excel. Discussed $$ and treatment. No problems or changes reported.

==================================================
1/6/2017 - Personal Contact - COREY BENNETT 01/12/2017
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject still working for Excel. Discussed $$ and treatment. Also, gave subject MM letter and discussed. No problems or changes reported. Residence check, nothing unusual noticed.

==================================================
1/5/2017 - No Contact Field - COREY BENNETT 01/12/2017
Residence -

AC residence, no one home.

==================================================
12/28/2016 - - COREY BENNETT 01/04/2017
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

==================================================
12/9/2016 - Personal Contact - COREY BENNETT 12/16/2016
Residence; Residence Check; Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject is still working for Excel. Still working evenings. Discussed $$ and treatment. Said they got a letter in the mail regarding $$. Didn't think they owed that much. Told them to call the office. No problems or changes reported. Residence check, nothing unusual noticed.

==================================================
12/8/2016 - No Contact Field - COREY BENNETT 12/16/2016

Residence -

AC residence, no one home.

==================================================
12/7/2016 - Office Visit - COREY BENNETT 12/15/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Subject still working for Excel. Subject mostly working evenings. No problems or changes reported.

==================================================
12/6/2016 - No Contact Field - COREY BENNETT 12/07/2016
Residence -

AC residence, no one home.

==================================================
11/17/2016 - - COREY BENNETT 12/07/2016
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

==================================================
11/16/2016 - Office Visit - COREY BENNETT 11/28/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Subject still working for Excel. No problems or changes reported.

==================================================
11/11/2016 - No Contact Field - COREY BENNETT 11/16/2016
Residence -

AC residence, no one home.

==================================================
11/10/2016 - Personal Contact - COREY BENNETT 11/16/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject working at Excel and rebuilding 4 wheelers on the side. Subject also been trying to sell used ATV tires. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

==================================================
11/8/2016 - No Contact Field - COREY BENNETT 11/16/2016
Residence -

AC residence, no one home.

==================================================
10/31/2016 - Personal Contact - COREY BENNETT 11/01/2016
Residence;Residence Check -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject pulling in from work. Subject had halloween letter posted on the front door. Porch lights turned off. No problems or

changes reported. Residence check, nothing unusual noticed.

========================================
10/28/2016 - - COREY BENNETT 11/0212016
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

========================================
10/27/2016 - Personal Contact - COREY BENNETT 10/31/2016
Residence -

PC w/subject at residence, 1312 Fern. Subject states everything going fine. Subject was helping a neighbor. Was taking her flat tire to get it fixed. No problems or changes reported. Residence check, nothing unusual noticed.

========================================
10/11/2016 - Office Visit - COREY BENNETT 10/13/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Subject still working for Excel. Discussed $$. Told subject to send in payment ASAP. No problems or changes reported.

========================================
10/6/2016 - Personal Contact - COREY BENNETT 10/10/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject still working for Excel. Going in this afternoon. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed. Also, gave subject HL letter and discussed. Subject will be working that night.

========================================
10/4/2016 - No Contact Field - COREY BENNETT 10/05/2016
Residence -

AC residence, no one home.

========================================
9/28/2016 - - COREY BENNETT 10/05/2016
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

========================================
9/15/2016 - Personal Contact - COREY BENNETT 09/19/2016
Residence -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject was in the front yard talking to someone about a 4 wheeler he was selling. Discussed $$ and treatment. No problems or changes reported.

========================================
9/14/2016 - Case Review by Supervisor - BRADLEY NOLAN 09/14/2016

===============================================:
9/13/2016 - No Contact Field - COREY BENNETT 09/14/2016
Residence -

AC residence, no one home.

---

9/8/2016 - Office Visit - COREY BENNETT 09/08/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$. Told subject to send in payment ASAP. No problems or changes reported.

===============================================:
9/8/2016 - Office Visit - COREY BENNETT 09/12/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Subject still working for Excel. Discussed $$ and treatment. Told subject to send in payment ASAP. No problems or changes reported.

===============================================:
9/2/2016 - Personal Contact - COREY BENNETT 09/12/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work this afternoon. Subject still working for Excel. subject working 6 days a week, but usually only works about 5 to 6 hours a day. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

===============================================:
9/1/2016 - No Contact Field - COREY BENNETT 09/12/2016
Residence -

AC residence, no one home.

---

8/30/2016 - - COREY BENNETT 09/07/2016
Sex Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

===============================================:
8/11/2016 - Personal Contact - COREY BENNETT 08/17/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Subject is now only working at one store. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

===============================================:
8/2/2016 - Office Visit - COREY BENNETT 08/02/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$. Told subject to send in payment

ASAP. No problems or changes reported.

==================================================
7/28/2016 - - COREY BENNETT 08/02/2016 Sex
Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

==================================================
7/12/2016 - Office Visit - COREY BENNETT 07/21/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$. Told subject to send in payment ASAP. No problems or changes reported.

--------------------------------------------------
7/7/2016 - Personal Contact - COREY BENNETT 07/11/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

==================================================
6/28/2016 - - COREY BENNETT 07/20/2016 Sex
Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

--------------------------------------------------
6/7/2016 - Office Visit - COREY BENNETT 06/07/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$. Told subject to send in payment ASAP. No problems or changes reported.

==================================================
6/3/2016 - Personal Contact - COREY BENNETT 06/23/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

==================================================
5/31/2016 - Case Review by Supervisor - BRADLEY NOLAN 05/31/2016


==================================================
5/26/2016 - - COREY BENNETT 07/20/2016 Sex
Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = :
5/25/2016 - Office Visit - COREY BENNETT 05/25/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = :
5/6/2016 - Personal Contact - COREY BENNETT 05/16/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = :
4/28/2016 - Personal Contact - COREY BENNETT 05/03/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Subject now also working at another one of their stores. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

4/25/2016 - - COREY BENNETT 05/11/2016 Sex
Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

4/21/2016 - Office Visit - COREY BENNETT 04/25/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = :
4/19/2016 - No Contact Field - COREY BENNETT 05/03/2016
Residence -

AC residence, no one home.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = :
4/7/2016 - No Contact Field - COREY BENNETT 05/03/2016
Residence -

AC residence, no one home.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = :
4/6/2016 - - COREY BENNETT 04/06/2016

Attempted contact with subject on 04/05/2016. Subject is legally deaf, but can hear with the use of hearing aids. At first, the subject claimed he had to have an interpreter for legal reasons, however, we have no problems communicating verbally. Subject can hear my voice even when not facing him directly and he has not expressed any problems with communication.

==================================================:
4/5/2016 - No Contact Field - COREY BENNETT 04/05/2016
Residence -

AC residence, no one home.

==================================================:
3/28/2016 - Office Visit - COREY BENNETT 03/31/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

==================================================:
3/25/2016 - - COREY BENNETT 0$^5/_1$/2016 Sex
Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

==================================================:
3/14/2016 - No Contact Field - COREY BENNETT 03/15/2016
Residence -

AC residence, no one home. Does not appear residence was affected by the flood.

==================================================:
3/9/2016 - Outgoing Mail - BRADLEY NOLAN 03/09/2016

SAR to MID requesting court minutes and status of fines/court costs.

==================================================:
3/8/2016 - - COREY BENNETT 03/08/2016

SAR forwarded to MID to check court costs and fine balance.

==================================================:
3/4/2016 - Personal Contact - COREY BENNETT 03/0$^8/_2$016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject just getting ready for work. Subject is still working for Excel. Discussed $$ and treatment. Subject's wife advised his fine has been paid throught SO. Advised we needed a receipt from SO stating it was paid. We received minutes stating upon payment of court costs, remaining fine would be suspended. Will investigate. No problems or changes reported. Residence check, nothing unusual noticed.

-------------------------------------------------
3/$^1/_2$016 - No Contact Field - COREY BENNETT 03/08/2016
Residence -

AC residence, no one home.

==================================================:
2/26/2016 - Office Visit - COREY BENNETT 02/29/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$ and reporting. No problems or changes reported.

------------------------------------------------:
2/11/2016 - Personal Contact - COREY BENNETT 02/28/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

================================================:
1/27/2016 - Case Review by Supervisor - BRADLEY NOLAN 01/27/2016


================================================:
1/26/2016 - Office Visit - COREY BENNETT 01/27/2016
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

================================================:
1/25/2016 - - COREY BENNETT 03/17/2016 Sex Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

1/15/2016 - Personal Contact - COREY BENNETT 01/24/2016
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

1/8/2016 - No Contact Field - COREY BENNETT 01/24/2016
Residence -

AC residence, no one home.

================================================:
1/7/2016 - No Contact Field - COREY BENNETT 01/24/2016
Residence -

AC residence, no one home.

================================================:
12/22/2015 - - COREY BENNETT 03/17/2016
Sex Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

12/7/2015 - Office Visit - COREY BENNETT 12/14/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$ and reporting. No problems or changes reported.

======================================================
12/3/2015 - Personal Contact - COREY BENNETT 12/20/2015
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject is still working at Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

======================================================
11/30/2015 - Case Review by Supervisor - BRADLEY NOLAN 11/30/2015

------------------------------------------------------
11/27/2015 - - COREY BENNETT 03/17/2016
Sex Offender Treatment/Group Participation -

Subject attended sex offender counseling with Billy Foster at CDC this date.

------------------------------------------------------
11/23/2015 - Office Visit - COREY BENNETT 11/30/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$ and reporting. No problems or changes reported.

------------------------------------------------------
11/17/2015 - Personal Contact - COREY BENNETT 12/0212015
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject still working evenings. Subject is still working for Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

------------------------------------------------------
11/16/2015 - No Contact Field - COREY BENNETT 12/02/2015
Residence -

AC residence, no one home.

------------------------------------------------------
11/13/2015 - No Contact Field - COREY BENNETT 12/02/2015
Residence -

AC residence, no one home.

======================================================
11/12/2015 - No Contact Field - COREY BENNETT 12/02/2015
Residence -

AC residence, no one home.

====================================================:
11/5/2015 - No Contact Field - COREY BENNETT 11/08/2015
Residence -

AC residence, no one home.

10/31/2015 - No Contact Field - COREY BENNETT 11/03/2015
Residence -

AC residence, no one home. Subject suppose to be working tonight. Letter on the door and porch light turned off.

10/26/2015 - - COREY BENNETT 03/21/2016
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

====================================================:
10/19/2015 - Office Visit - COREY BENNETT 10/21/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$ and reporting. No problems or changes reported.

====================================================:
10/19/2015 - - COREY BENNETT 03/21/2016
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

====================================================:
10/13/2015 - Personal Contact - COREY BENNETT 11/01/2015
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject getting ready to go to work. Subject is still working for Excel. Gave subject HL. Subject advised he will be working Halloween night. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

--------------------------------------------------
10/2/2015 - No Contact Field - COREY BENNETT 10/11/2015
Residence -

AC residence, no one home.

====================================================:
9/28/2015 - - COREY BENNETT 03/21/2016 Sex
Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

===============================================
9/25/2015 - Office Visit - COREY BENNETT 09/28/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

===============================================
9/22/2015 - Personal Contact - COREY BENNETT 09/29/2015
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject is still working for Excel. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed. Subject advised they went back to court and he was awarded his truck back, however, there are many fees to be paid. Also, claims they quashed his fine. Will investigate.

===============================================
9/15/2015 - No Contact Field - COREY BENNETT 09/29/2015
Residence -

AC residence, no one home.

===============================================
8/31/2015 - Case Review by Supervisor - BRADLEY NOLAN 08/31/2015


===============================================
8/31/2015 - Case Review by Supervisor - BRADLEY NOLAN 08/31/2015


===============================================
8/28/2015 - Personal Contact - COREY BENNETT 09/01/2015
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject is still working at the Excel Station on Hwy 34. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

===============================================
8/28/2015 - Office Visit - COREY BENNETT 09/01/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

===============================================
8/28/2015 - Office Visit - COREY BENNETT 09/01/2015
MSR Received -

OV. Rec'd MSR, Subject states everything going fine. No problems or changes reported.

===============================================
8/2812015 - - COREY BENNETT 03/21/2016
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

===================================================
8/11/2015 - No Contact Field - COREY BENNETT 09/01/2015
Residence -

AC residence, no one home.

===================================================
7/29/2015 - Office Visit - COREY BENNETT 11/08/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

---------------------------------------------------
7/29/2015 - - COREY BENNETT 03/21/2016 Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

---------------------------------------------------
7/28/2015 - Personal Contact - COREY BENNETT 11/08/2015
Residence;Residence Check -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

---------------------------------------------------
6/23/2015 - Personal Contact - COREY BENNETT 08/14/2015
Residence;Residence Check;Employment Verification -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine. Subject is now working at the Excel Station on Hwy 34. Discussed $$ and treatment. No problems or changes reported. Residence check, nothing unusual noticed.

===================================================
6/10/2015 - Office Visit - COREY BENNETT 11/08/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

===================================================
6/8/2015 - - COREY BENNETT 03/21/2016
Sex Offender Treatment/Group Participation -

Subject attended treatment with Billy Foster this date.

===================================================
5/29/2015 - Office Visit - COREY BENNETT 06/01/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. Discussed $$ and reporting. Subject has appointment w/ Billy Foster to start treatment. No problems or changes reported.

---------------------------------------------------

5/28/2015 - Personal Contact - COREY BENNETT 06/01/2015
Residence;Residence Check;Referral - Sex Offender Counseling -

PC w/ subject at residence,1312 Fern. Subject states everything going fine except financially. Subject still not working and they are having a hard time. Discussed $$ and treatment. Referred subjec to Billy Foster for treatment. Advised he could work with him. No problems or changes reported. Residence check, nothing unusual noticed.

---

5/28/2015 - Telephone Contact - Collateral - COREY BENNETT 06/01/2015

TC w/ Billy Foster. Discussed subject's situation with him. Advised he would be willing to do one on one sessions w/ subject and his interpreter.

==================================================
5/12/2015 - No Contact Field - COREY BENNETT 05/26/2015
Residence -

AC residence, no one home.

---

4/30/2015 - Case Review by Supervisor - BRADLEY NOLAN 04/30/2015

--------------------------------------------------
4/10/2015 - Personal Contact - COREY BENNETT 04/15/2015
Residence;Residence Check -

PC w/ subject at residence, 1312 Fern. They do not appear to be doing well. They have no transportation after their cars engine died. His wife lost one of her jobs yesterday. Discussed $$ and treatment. They do not have the $$ for treatment and they have not been able to get an interpreter. No problems or changes reported. Residence check, nothing unusual noticed.

==================================================
4/9/2015 - No Contact Field - COREY BENNETT 05/05/2015
Residence -

AC residence, no one home.

==================================================
4/7/2015 - No Contact Field - COREY BENNETT 05/05/2015
Residence -

AC residence, no one home.

==================================================
4/2/2015 - Office Visit - COREY BENNETT 04/15/2015
MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

==================================================
3/31/2015 - Office Visit - COREY BENNETT 03/3112015

MSR Received -

OV. Rec'd MSR. Subject states everything going fine. No problems or changes reported.

---

3/30/2015 - Personal Contact - COREY BENNETT 04/01/2015
Residence; Residence Check -

PC w/ subject at residence, 1312 Fern. Subject states his father died this week and they think his mother killed him. Subject is not working, their car is broken down, and they were just informed his father had $10,000 debt which was passed on to them. Discussed $$ and treatment. Advised they have been unable to secure an interpreter for his classes. Told them subject must get into treatment ASAP. Told subject to report for OV tomorrow. No problems or changes reported. Residence check, nothing unusual noticed.

==========================================================
3/27/2015 - No Contact Field - COREY BENNETT 04/01/2015
Residence -

AC residence, no one home.
==========================================================
3/10/2015 - Case Review by Supervisor - Chris Cagnolatti 03/10/2015

Case received from MID and assigned to Officer Bennett.

---

3/10/2015 - Telephone Contact - Collateral - TILLMAN GIVENS 03/10/2015

Received a telephone call from subject's wife advising that they were having problems out of her mother. They were trying to get her to leave the house and she would not. She was going to call the police and just did not want her husband to get in any trouble.

---

1²/₅/2014-Opening Narr/Super. Plan - Edited3/10/2015 12:21:17 PM -

==========================================================
2/4/2015 - Outgoing Mail - BRADLEY NOLAN 02/04/2015

RSAR to MID accepting case for supervision.
==========================================================
2/4/2015 - Outgoing Mail - BRADLEY NOLAN 02/04/2015

RSAR to MID accepting case submitted via email.

==========================================================
1/28/2015 - Office Visit - COREY BENNETT 02/02/2015
MSR Received -

OV w/ subject, his wife and an interpreter. Discussed reporting, $$, and treatment with subject and wife in detail. Referred subject to Family Solutions for treatment. Told them to contact immediately for appt.

After speaking with them, they advised according to state law, we had to have an interpreter with us at anytime that we had contact with the subject, whether in the office or in the field. Advised them this was impossible as we must make random residence checks that are not to be scheduled. DA Mekus and Sup. Nolan met with subject and interpreter and advised them this would not be feasible. They agreed.

---

1/9/2015 - Personal Contact - COREY BENNETT 01/29/2015
Residence;Residence Check -

PC w/ subject at residence, 1312 Fern. Subject states everything going fine except financially. Subject's wife states she is only working about 2 days a week. Subject had to quit his job as he was working next to a daycare center. Told them they would have to come in soon for referral to sex offender treatment. No problems or changes reported. Residence check, nothing unusual noticed.

---

1/6/2015 - Personal Contact - RENEE DAVIS 01/07/2015
Field;Other Agent;Court -

Offender and wife and two interpreters were present in Claiborne court this date and offender's counsel - !DB - after a lengthy discussion about deaf advocates and FBI and what they did in Webster being totally wrong and offender being innocent and on and on - matter was passed - not sure to when. End narrative entry.

---

1/5/2015 - Administrative - WAYNE DAUZAT 01/05/2015

Reviewed DF-8 to MOD. Spoke with Supv. B. Nolan prior to forwarding. Updated main form.

---

12/8/2014 - Office Visit - Kasie Waltman 12108/2014
Intake;MSR Received -

Casto reported this date after being sentenced to prob in WEB on 12/05/2014. All the information necessary to complete his CMS main form was obtained. Subject was read his conditions of probation, grievance form, restitution payment plan, and authorization to release confidential information form, all of which he signed and stated he understood. Subject participated in the development of his supervision plan. La rap sheet indicated DNA already on file and subject was placed on AFIS. Subject can not read, all intake paperwork was read and explained in detail. Subject is deaf in one hear and almost deaf in the other ear, I spoke loud enough for subject to hear me throughout the entire appnt and allowed his wife to be present to listen in. Casto was instructed to make contact with MOD within 48 hours.

---

5/24/2005 - Administrative - CINDY THOMPSON 10/25/2016
DNA Testing -

DNA completed per CAJUN