# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE LEVY, CEDRIC HAMMOND, BRADLEY CASTO, individually and on behalf of all others similarly situated, | * * * * |
| Plaintiffs, | * * |
| v. | * * |
| | * NO. 16-cv-542-JWD-EWD |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, | * * * * * * |
| Defendants. | * |

## DECLARATION OF JAMIE OERTEL

I, JAMIE OERTEL, declare under penalty of perjury under the laws of the State of Louisiana and the United States of America that all of the information in this Declaration is true and correct.

1. I am the Louisiana Probation and Parole agent currently assigned to supervise plaintiff Lawrence Levy.

2. I was assigned to Mr. Levy's supervision in January of 2018.

3. Upon taking over Mr. Levy's supervision, I provided Mr. Levy with her contact information and specifically instructed him to contact me with any problems or changes in his circumstances.

4. I have communicated with Mr. Levy through writing. Mr. Levy has never suggested or complained to me that he cannot read or write, or communicate to me in writing, or understand my written communications, other than to occasionally to ask for additional information or clarification of something in discussion the same as any hearing offender would do.

5. Mr. Levy himself has initiated communications with me via text message.

6. Mr. Levy has never requested an interpreter for any of his interactions with me.

7. I have never had any reason to believe that the communications between myself and Mr. Levy were not effective, nor has Mr. Levy ever stated or indicated that to me.

8. Mr. Levy has attended sex offender classes since the time I have taken over his supervision. He has not complained to me about any difficulty with interpreters at those classes.

9. Prior to taking over Mr. Levy's supervision, I have had occasion to observe Mr. Levy's interaction with other agents, and have never had any reason to believe that communications with Mr. Levy were not effective, nor has Mr. Levy ever stated or indicated that in my presence.

10. Mr. Levy's parole file indicates that he has TABE (Tests of Adult Basic Education) score of 6.2 in Reading.

11. Mr. Levy has reported to me that he is successfully employed at B.J.'s Seafood.

Dated: April 25, 2018.

_____
JAMIE OERTEL