# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE LEVY, CEDRIC HAMMOND, BRADLEY CASTO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  **NO. 16-cv-542-JWD-EWD**<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Defendants move the Court for leave to supplement the record by filing the declaration of Maria Pollage-Toups, referred to in Defendants' Memorandum in Opposition to Motion for Summary Judgment (Doc. 61). This declaration was accidentally omitted when the original opposition was filed.

As the Court is aware, Defendants' counsel had technical difficulties with the filing of Defendants' opposition. This resulted in the opposition ultimately being filed shortly after midnight on the day following its filing deadline. Counsel filed a motion (Doc. 62) to accept the late-filed document, which the Court granted (Doc. 63). However, counsel was unaware until reading plaintiffs' reply memorandum that one of the original attachments to the opposition—the declaration of Ms. Toups--had been inadvertently omitted when counsel was rushing to re-upload the memorandum and all of the attachments, preparing to try again to get them filed before the end of the night. Defendants file this motion to correct that oversight.

For purposes of Local Civil Rule 7 (e), based on the arguments made in their reply memorandum (Doc. 64), it is assumed that plaintiffs oppose this motion. However, Defendants respectfully suggest that granting the motion will not unduly prejudice the plaintiffs. Oral argument is scheduled on plaintiffs' motion for summary judgment on November 15, 2018. Therefore, plaintiffs will have nearly six months to prepare their arguments relating to the substance of Ms. Toups' declaration.

Additionally, Defendants show that there is no prejudicial surprise to plaintiffs relative to Ms. Toups because Ms. Toups has been known to plaintiffs since at least April of 2017, when she was discussed with plaintiffs' counsel during discovery depositions. *See* Exhibit A, deposition of Bobby J. Lee, Jr., at 24:7-16; Exhibit B, deposition of Curtis P. Fremin, Jr., at 27:18-19, 67-73. Plaintiffs did not request to depose Ms. Toups prior to filing their motion for summary judgment. Further, there is nothing in the Federal Rules of Civil Procedure that precludes a declaration being submitted for the first time in connection with a motion for summary judgment or an opposition thereto. Indeed, plaintiffs submitted recently drafted declarations in support of their motion.

Counsel regrets the inadvertent omission of Ms. Toups' declaration from the opposition pleadings filed on behalf of Defendants. However, considering all of the circumstances as well as the fact that the hearing in this matter is scheduled on November 15, 2018, Defendants respectfully suggest that the inconvenience to the plaintiffs from the accidental delay in the declaration being filed is outweighed by the prejudice to the defense of this case that would occur if the Defendants are not allowed to supplement the record by filing the declaration at this time.

WHEREFORE, Defendants pray that their motion to supplement the record be granted as prayed for, and that the declaration of Maria Pollage-Toups be filed into the record in connection with the Defendants' opposition to plaintiffs' motion for summary judgment.

Respectfully submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
BY: /s/ *Patricia H. Wilton*
PATRICIA H. WILTON #18049
Assistant Attorney General
Louisiana Department of Justice
Civil Division
P. O. Box 94005
Baton Rouge, Louisiana 70804-9005
Tel: (225) 326-6000 Fax: (225) 326-6098
wiltonp@ag.louisiana.gov
*Counsel for Defendants*

## CERTIFICATE

I certify that the foregoing Motion was filed using the court's CM/ECF system on May 23, 2018, and that notice of filing will be send electronically to all counsel of record.

/s Patricia H. Wilton
Patricia H. Wilton