UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LAWRENCE LEVY, CEDRIC HAMMOND, *
BRADLEY CASTO, individually and on behalf *
of all others similarly situated, *
\*
Plaintiffs, *
\*
v. *
\*   NO. 16-cv-542-JWD-EWD
LOUISIANA DEPARTMENT OF PUBLIC *
SAFETY AND CORRECTIONS, JAMES *
LEBLANC, SECRETARY OF THE LOUISIANA *
DEPARTMENT OF PUBLIC SAFETY AND *
CORRECTIONS, *
\*
Defendants. *

DECLARATION OF MARIA POLLAGE-TOUPS

I, Maria Pollage-Toups, declare under penalty of perjury under the laws of the State of Louisiana and the United States of America that all of the information in this Declaration is true and correct.

1. I am an Assistant Director of the Louisiana Division of Probation and Parole and the Division Training Coordinator.

2. Every officer has access to a laptop that can be used to communicate with an interpreter at Angola. Therefore, every district has the means to access an interpreter.

3. Mandatory programs for parolees conducted by third parties are required to have contract ASL interpreters.

4. In addition to being discussed personally with the parolee either at the institution prior to discharge or the intake interview at the district parole office, or both, the terms and conditions of parole are provided on the Department of Corrections' website in ASL.

5. Providing third-party contract interpreters across the board for every interaction between a probationer or parolee and Probation and Parole staff would be an administrative and financial burden on the Department. Providing third-party contract interpreters at field visits would be a security risk.

6. The Department is responsive to the needs of deaf probationers and parolees and, as part of that responsiveness, has, since before the filing of this lawsuit, and unrelated to it, engaged in ongoing refinements and improvements to its policies and procedures so as to ensure effective communication and access for deaf and hard of hearing probationers and parolees.

Dated: April 25, 2018.

_____
MARIA POLLAGE-TOUPS