Page 23

```
 1        Q.  Did he make any statements about the
 2   lawsuit?
 3        A.  No, sir.
 4        Q.  Okay.  Did he make any statements about the
 5   probationers or parolees?
 6        A.  No, sir.
 7        Q.  Have you spoken with anybody about this
 8   lawsuit other than Mr. Fremin and Ms. Wilton?
 9        A.  No, sir.
10        Q.  Nobody at all?
11        A.  I told my wife that I had to do a
12   deposition, but none of the specifics of the lawsuit
13   or what the deposition was regarding.
14        Q.  Okay.  Have you spoken to any of the other
15   employees of the Department of Corrections?
16        A.  I probably mentioned that I had a
17   deposition today to numerous people just to let them
18   know I wouldn't be in the office.
19        Q.  Do you remember who you mentioned it to?
20        A.  I told my regional directors that I had a
21   deposition today so that they wouldn't be looking
22   for me.
23        Q.  Who are the regional directors?
24        A.  It is Gary Westcott.
25        Q.  W-e-s-c --
```



1      A.   -- t-c-o-t-t.  Westcott.
2      Q.   Okay.
3      A.   Patricia Murphy and Louis Stacks.
4      Q.   S-t-a-c-k-s?
5      A.   Yes, sir.
6      Q.   Okay.  Who else did you speak with?
7      A.   This morning I probably told Maria Toups.
8      Q.   T-u --
9      A.   T-o-u-p-s.  And Derek Ellis.
10     Q.   Derek?
11     A.   Derek.
12     Q.   E-l-l-i-s?
13     A.   Yes, sir.
14     Q.   And who are they?
15     A.   Maria is an assistant director, and Derek
16  is a program manager.
17     Q.   Who else did you speak with?
18     A.   That's it.
19     Q.   We can group them together or do them
20  individually, so let's try the easy way first.
21  Mr. Westcott, Ms. Murphy, Mr. Stacks, Ms. Toups,
22  Mr. Ellis; did any of them make any statements or
23  ask you any questions about the lawsuit?
24     A.   No, sir.
25     Q.   None whatsoever?