Contains Confidential Portions Bound Separately

Page 27

1  them.  They go to their own personal.  Some of
2  them want to go to their own personal counselor
3  that is certified by us to teach them the class.
4       Q.    What are your responsibilities as
5  director?
6       A.    To oversee the division, make sure that
7  we are keeping our mission statement, make sure
8  the public is safe.  That is our No. 1 goal is
9  public safety, and No. 2 goal is reentry.  So my
10 job is just to make sure everything is moving well
11 and try to keep us going in the right direction
12 even with the budget situation.
13      Q.    Do you write policy for probation and
14 parole?
15      A.    No, ma'am.  I review policy.
16      Q.    Who does?
17      A.    It depends on what area it's in as to who
18 would write it.  Training is going to be Maria
19 Toups.  Sex offenders is going to be Ms. Patricia
20 Murphy.  Jan writes a lot of the policy for the
21 parole board and Jamie writes a lot of the policy
22 for our field stuff on arrests and what they can
23 do and stuff of that nature.  But it's everybody.
24 No one person writes policy.
25      Q.    You said you review policy?



Contains Confidential Portions Bound Separately

Page 67

1   here as under secretary?
2       A.   Yes, ma'am.
3       Q.   And he handles contracts?
4       A.   He signs off on all our contracts.
5       Q.   Do you know what an ADA coordinator is,
6   Mr. Fremin?
7       A.   Basically, yes, ma'am.
8       Q.   What is your understanding of what an ADA
9   coordinator is?
10      A.   They are to make sure that everyone is
11  accommodated with whatever disabilities they have
12  and they are also the ones to go to find out what
13  kind of accommodation we could get and how to set
14  them up.
15      Q.   When we say ADA, it's your understanding
16  I'm referring to the Americans with Disabilities
17  Act?
18      A.   Yes, ma'am.
19      Q.   Does the division of probation and parole
20  have an ADA coordinator?
21      A.   Yes, ma'am.
22      Q.   Who is that?
23      A.   I am pretty sure it's Maria Toups.  But
24  then we also have one in each district.
25      Q.   And I believe you mentioned this earlier,

Page 68

1   but I'm going to ask you again.  What is Maria
2   Toups' title?
3       A.   She is an assistant director, also, and
4   she's over the academy.
5       Q.   And the academy, what is the academy?
6       A.   That's our post officers standard
7   training academy.  She's over all training.
8       Q.   For probation and parole?
9       A.   For probation and parole, yes, ma'am.
10      Q.   Who is Karen Kelly?
11      A.   Karen Kelly is my HR manager.  Karen may
12  be the ADA coordinator if it's not Maria.
13      Q.   Is there training that someone needs to
14  receive in order to become an ADA coordinator?
15      A.   Yes, ma'am.  I remember seeing something
16  that went out a month before last.  I'm not sure
17  if it was from Karen or Maria, but for our people
18  in our offices to take the class.
19      Q.   So there's a specific class that the
20  officers take?
21      A.   It was sent out, yes, ma'am.
22      Q.   And what about for the headquarters ADA
23  coordinator?
24      A.   I'm not sure what all she took, but I'm
25  sure she definitely had to pass some classes.

Case 3:16-cv-00542-JWD-EWD   Document 65-3   05/23/18   Page 4 of 6

Contains Confidential Portions Bound Separately

```
 1        Q.   And so whether it's Maria Toups or Karen
 2   Kelly, do you know how much time -- well, do you
 3   supervise Karen Kelly directly?
 4        A.   No, ma'am.  Jamie Lee supervises Karen
 5   Kelly.
 6        Q.   But you do supervise Ms. Toups directly?
 7        A.   No, I do not.  Mr. Starks does.
 8        Q.   Are you aware, whether it's Ms. Toups or
 9   Ms. Kelly, about how much time per week she might
10   spend on ADA issues?
11        A.   No, ma'am.
12        Q.   Do you know if there's a periodic
13   retraining requirement?
14        A.   I'm pretty sure there is.  I'm not
15   positive, because like I said, I just seen it out.
16   I'm pretty sure it's Karen that's our coordinator
17   now that I think about it.  And we decided that we
18   definitely needed one in each district, also.
19        Q.   Do you know if the ADA coordinator, if
20   the division of probation and parole ADA
21   coordinator keeps records of issues she deals with
22   as ADA coordinator?
23        A.   I would -- I may not factually know it,
24   but I know Karen Kelly and she keeps records of
25   everything she does.
```

```
1         Q.    What about Maria Toups?
2         A.    Maria would, too.
3         Q.    I'm going to show you what has been
4    marked as Plaintiff's Exhibit 28.  Do you
5    recognize this document?
6         A.    Yes, ma'am.
7         Q.    Can you identify it for the record,
8    please?
9         A.    It's a list of the ADA coordinators in
10   each district.
11        Q.    Do you know who created this document?
12        A.    No, ma'am.
13        Q.    But to your knowledge, it's an accurate
14   list of all of your district ADA coordinators?
15        A.    I would imagine so.  All of them still
16   work for me.  I know them all.
17        Q.    I believe you indicated that at some
18   point probation and parole decided that you needed
19   ADA coordinators at a lower level at the district
20   level?
21        A.    Yes, ma'am.  So everything wouldn't come
22   up to headquarters.
23        Q.    Do you know when that decision was made?
24        A.    Some districts always had ADA
25   coordinators.  I just made the decision probably
```

```
 1        A.    No, ma'am.
 2        Q.    Do probation and parole officers, is
 3   there required ADA training for them?
 4        A.    I'm not sure.  I would have -- you would
 5   have to ask Maria Toups on that.
 6        Q.    And Ms. Toups would also have information
 7   regarding if there is any training, the timing and
 8   what kind of records are kept?
 9        A.    Yes.
10        Q.    Have you received any training on
11   effective communication with offenders?
12        A.    We've received so much training.  We
13   received it all.  I mean, we've had Dr. Burch come
14   teach us a class about hearing impaired at one of
15   my district manager's meetings.  And, I mean, in
16   all of our PPCT classes, I mean, effective
17   communication is one of the main things.  All
18   management classes you are taught about
19   communication.  It was really big in that ethical
20   leadership course I took.
21        Q.    And those PPCT classes, how often are
22   those or is that a certification class?
23        A.    It depends on what level you're at.  We
24   allow people to take them above their level, but
25   not all the time.  But when you reach a certain
```